**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 97-7010**

————————————

ALBERT MOSLEY,

                                        Plaintiff - Appellant,

        versus

RICHLAND COUNTY DETENTION CENTER; JAMES A.
MCCAULLEY, Director; SWANSON COMMISSARY
SERVICE; RICHLAND COUNTY; HARRIETTE HALL,

                                        Defendants - Appellees.

————————————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Dennis W. Shedd, District Judge.
(CA-97-731-3-19BC)

————————————

Submitted:  October 23, 1997      Decided:  November 17, 1997

————————————

Before HAMILTON and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

————————————

Dismissed by unpublished per curiam opinion.

————————————

Albert Mosley, Appellant Pro Se.

————————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing without prejudice his civil rights action. The district court's dismissal without prejudice is not appealable. See Domino Sugar Corp. v. Sugar Workers' Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). A dismissal without prejudice could be final if "no amendment [to the complaint] could cure defects in the plaintiff's case." Id. at 1067. In ascertaining whether a dismissal without prejudice is reviewable in this court, the court must determine "whether the plaintiff could save his action by merely amending the complaint." Id. at 1066-67.

Appellant could refile this action and timely follow the district court's orders regarding change of address and notification of desire to prosecute the action, and demonstrating that the action is not repetitive. We dismiss the appeal for lack of jurisdiction because we find the dismissal without prejudice is not appealable.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2